IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELK TRANSPORTATION, INC. D/B/A ELK ENVIRONMENTAL SERVICES,<br><br>        Plaintiff<br><br>    v.<br><br>US TRINITY ENERGY SERVICES, LLC,<br><br>        Defendant | CIVIL ACTION NO. 2:21-CV-00361-DSC<br><br>JUDGE DAVID C. CERCONE |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff hereby provides notice that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

 

COHEN SEGLIAS PALLAS
GREENHALL & FURMAN PC

/s/ Brian A. Lawton
Brian A. Lawton, Esquire
525 William Penn Place, Suite 3005
Pittsburgh, Pennsylvania 15219
(412) 434-5530 (Phone)
blawton@cohenseglias.com

*Attorneys for Plaintiff*